USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/13/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
DEWIGHT SMITH,  
                Plaintiff,

                **ORDER**

      -against-                19-CV-9453 (LTS) (JLC)

MORAN FOODS, LLC,

                Defendant.
---------------------------------------------------------------X

**JAMES L. COTT, United States Magistrate Judge.**

      On February 26, 2020, the Court granted the parties' joint letter motion for an extension of time for defendant to move, answer, or otherwise respond to the complaint until May 4, 2020. Dkt. No. 8.  To date, defendant has not responded to the complaint.  The parties are therefore directed to submit a status report by filing a letter on the docket by **May 18, 2020**.  Plaintiff's counsel is further directed to serve a copy of this Order on defense counsel, as no one has appeared to date on the docket for defendant.

      **SO ORDERED.**

Dated: New York, New York
       May 13, 2020

_____
JAMES L. COTT
United States Magistrate Judge